IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT WHIPPLE | ) |
| | ) |
| v. | ) NO. 3-11-0206 |
| | ) JUDGE CAMPBELL |
| CHATTANOOGA-HAMILTON | ) |
| COUNTY HOSPITAL AUTHORITY | ) |

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 96). For the reasons stated in the accompanying Memorandum, Defendant's Motion (which is actually a Motion for Partial Summary Judgment) is GRANTED. Plaintiff's Short Stay Claims, Same Day Surgery Claims, and Renal Dialysis Claims are DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE