IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; and THE STATES OF TENNESSEE, NORTH CAROLINA, and GEORGIA ex rel. ROBERT WHIPPLE <br><br> v. <br><br> CHATTANOOGA-HAMILTON COUNTY HOSPITAL AUTHORITY d/b/a Erlanger Medical Center and Erlanger Health System | No. 3-11-0206 |

O R D E R

In accord with the order entered April 15, 2013 (Docket Entry No. 85), and the defendant's motion for summary judgment (Docket Entry No. 96) having been granted by order entered August 26, 2013 (Docket Entry No. 134), and the relator's motion for reconsideration (Docket Entry No. 135) having been denied by order entered October 3, 2013 (Docket Entry No. 140), a case management conference is scheduled on **Thursday, October 24, 2013, at 11:00 a.m., central time,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

If this date and time present scheduling conflicts for counsel, they shall confer and call Ms. Jeanne Cox, Courtroom Deputy, at 615-736-5164, to reschedule. Alternatively, if counsel all agree that any matters can be just as effectively addressed telephonically, the October 24, 2013, case management conference can be conducted with the Court and all counsel participating by telephone and with defendant's counsel initiating the call.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge